AOC-105
Rev. 1-07
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
CR 4.02 CR Official Form 1

CASE NO. _13-C-784_

Boyd District Court

Boyd County
Division _1_

**CIVIL SUMMONS**

ERIC HAYES

PLAINTIFF

v.

MIDLAND FUNDING, LLC

DEFENDANT

Serve: Midland Funding, LLC
  c/o CSC-Lawyer's Incorporating Service Company
  421 W. Main
  Frankfort, KY 40601

**THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):**

   You are hereby notified a **legal action has been filed against you** in this Court
demanding relief as shown on the document delivered to you with this Summons. **Unless a
written defense is made by you or by an attorney on your behalf** within **20 days** following
the day this paper is delivered to you, judgment by default may be taken against you for the relief
demanded in the attached Complaint.

   The name(s) and address(es) of the party or parties demanding relief against you are
shown on the document delivered to you with this Summons.

Date: December 20, 2013     _Linda Kay Baker_ , Clerk
            By: _Debbie J Ray_ D.C.

**Proof of Service**

This summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

This _____ day of _____, 20____ .

Served by: _____

         _____ Title



AOC-105
Rev. 1-07
Page 1 of 1
Commonwealth of Kentucky
Court of Justice
CR 4.02 CR Official Form 1

**CIVIL SUMMONS**

CASE NO. _13·C·784_

Boyd District Court

Boyd County
Division __/__

ERIC HAYES

v.

MIDLAND FUNDING, LLC

Serve:  Midland Funding, LLC
c/o CSC-Lawyer's Incorporating Service Company
421 W. Main
Frankfort, KY 40601

JCKY
NT(S):

tion has been filed against you in this Court
nt delivered to you with this Summons. **Unless a**
**attorney on your behalf** within **20 days** following
gment by default may be taken against you for the relief

e party or parties demanding relief against you are
with this Summons.

_Linda Kay Baker_ , Clerk
y: _Debbie J Ray_ D.C.

**Proof of Service**

This summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

This _____ day of _____, 20____.

Served by: _____

_____ Title

*U.S. Postal Service CERTIFIED MAIL RECEIPT — Sent To: Midland Funding, 13·C·784 — PS Form 3800, August 2006*

Commonwealth of Kentucky
Boyd District Court
Div. 1

13-C-784

FILED
LINDA KAY BAKER
DEC 2 0 2013
BOYD CIRCUIT/DISTRICT COURT
BY: _____ D.C

Eric Hayes

PLAINTIFF

v.

## COMPLAINT

Midland Funding, LLC
    Serve:

DEFENDANT

        CSC-Lawyer's Incorporating
        Service Company
        421 W. Main
        Frankfort, KY 40601

\*     \*     \*     \*     \*

## INTRODUCTION

1.    This is an action by a consumer seeking damages for Defendant's violations of the Fair Debt Collections Practices Act ("FDCPA"), 15 U.S.C. §§1692 *et seq.*, which prohibits debt collectors from engaging in abusive, deceptive, and unfair collection Practices. Defendant Midland Funding, LLC ("Midland") filed suit against Mr. Hayes in Boyd District Court to collect a debt from Mr. Hayes. Midland's lawsuit was barred by the statute of limitations and attempted to collect interest from Mr. Hayes that Midland had no legal right to recover. These and other acts violate the FDCPA.

## PARTIES

2.    Plaintiff Eric Hayes is a citizen of the United States of America and of the Commonwealth of Kentucky residing in Boyd County, Kentucky.

3.    Defendant Midland Funding, LLC ("Midland") is a Delaware limited liability company, which has registered with the Kentucky Secretary of State, and is engaged in the business of purchasing debt from creditors and collecting these debts in this state. Midland's principal place of business is located in San Diego, CA.

4.      Midland Funding, LLC is a "debt collector" as defined by the FDCPA. 15 U.S.C. § 1692a(6).

## BACKGROUND

5.      Mr. Hayes is and was at all times mentioned herein a "consumer" as defined by 15 U.S.C. § 1692a(3).

6.      Midland filed suit against Mr. Hayes on April 23, 2010 in an attempt to collect a charged off Direct Merchants credit card debt.

7.      Mr. Hayes recalls having a Direct Merchants credit card that he used for personal, family, or household purposes, which makes the Direct Merchants credit card debt a "debt" within the meaning of the FDCPA. 15 U.S.C. § 1692a(5).

8.      Midland did not serve the summons and complaint in the Boyd county action on Mr. Hayes until January 9, 2013, which is the first time that he learned of Midland's lawsuit.

9.      Midland's complaint alleged that Mr. Hayes owed Midland "$13,164.34 with interest thereon at the rate of 8% per annum from June 30, 2004 until the date of judgment." (A copy of Midland's summons and complaint is attached as Exhibit "A").

10.     Upon information and belief, Direct Merchants closed and charged off Mr. Hayes's Direct Merchant credit card on June 30, 2004.

11.     So Midland's complaint was filed more than five years before the Direct Merchants credit card went into default.

12.     The statute of limitations on Midland's claim against Mr. Hayes was five years.

13.     Upon information and belief, Midland's complaint sought to collect prejudgment interest from Mr. Hayes before it purchased the Direct Merchants credit card debt.

14.     Upon information and belief, Direct Merchants did not accrue any statutory

interest on Mr. Hayes's credit card debt after charging off the debt.

15.     Because it had a contractual right to charge interest, Direct Merchants did not have a right under KRS 360.010 to charge statutory prejudgment interest.

16.     Bringing suit on a claim barred by the statute of limitations violates the FDCPA.

17.     Attempting to collect interest neither authorized contract nor permitted by law violates the FDCPA.

18.     Mr. Hayes's cause of action against Midland did not accrue until Midland served him with a copy of the summons and complaint.

## CLAIMS FOR RELIEF

### Violations of the Fair Debt Collection Practices Act

19.     Plaintiff Eric Hayes incorporates paragraphs 1-18 above as if fully set forth herein.

20.     The foregoing acts by Midland Funding, LLC constitute violations of the FDCPA. Midland's violations of the FDCPA include, but are not limited to, the following:

    a.     Violation of 15 U.S.C. §1692e(2)(A): Midland falsely represented the amount of the debt owed by Mr. Hayes by adding interest or fees to Direct Merchants credit card debt that it had no legal right to collect from Ms. Hayes;

    b.     Violation of 15 U.S.C. §1692e(5): Midland added interest or fees to the Direct Merchants credit card debt that it had no legal right to collect from Mr. Hayes and brought suit on a claim barred by the applicable statute of limitations, thereby threatening to take an action that cannot legally be taken;

    c.     Violation of 15 U.S.C. §1692e(10): Midland falsely represented the amount of the debt owed by Mr. Hayes by adding interest or fees to Direct Merchants credit card debt that it had no legal right to collect from Ms. Hayes;

    d.     Violation of 15 U.S.C. §1692f(1): Midland attempted to collect an amount from Mr. Hayes that was neither authorized by contract nor permitted by law by adding interest or fees to a debt that Midland had no legal right to collect from Mr. Hayes; and

-3-

e.      Violation 15 U.S.C. §§ 1692e and 1692f: Midland violated 15 U.S.C. §§ 1692e and 1692f by bringing suit against Mr. Hayes to collect a debt on a claim that was barred by the applicable statute of limitations.

WHEREFORE, Plaintiff Eric Hayes requests that the Court grant the following relief in his favor and against Defendant Midland Funding, LLC.

1.      The maximum amount of statutory damages provided under 15 U.S.C. §1692k against each defendant;

2.      Attorney's fees, litigation expenses and costs; and

3.      Such other and further relief as is appropriate.

Respectfully submitted,

**James McKenzie**
*James R. McKenzie Attorney, PLLC*
4055 Shelbyville Road, Suite B
Louisville, KY 40207
Tel:    (502) 371-2179
Fax:    (502) 257-7309
jmckenzie@jmckenzieatty.com

**James H. Lawson**
*Lawson at Law, PLLC*
4055 Shelbyville Road, Suite B
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyclc.com

2013-01-29 07:48      BRENDAS      6063259544 >> +15024736561          P 1/4

AOC 105
Rev.5-03
Page 1 OF 1
Commonwealth of Kentucky
Court of Justice
CR 4.02; CR Official Form 1

MIDLAND FUNDING LLC

VS.

Eric B Hayes
SS# XXX-XX- 9174
2132 CARTER AVE
ASHLAND KY 41101

POE:

**ALIAS
CIVIL SUMMONS**

CASE NO. 10-CI-00435

Boyd Circuit Court

Boyd County
DIVISION 1

**PLAINTIFF**

**DEFENDANT**

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

    You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney in your behalf** and filed in the Clerk's Office within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

    The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ___1-9___, 2013    _Linda Kay Baker_ Clerk

              By: ___A Patton___ D.C.

**Proof of Service**
This summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _15_ day of __January__, 2013.
        Served by: _____

09Y26598 - usa3x.frm       _____ Title



"A"

2013-01-29  07:48                BRENDAS          6063259544 >> +15024736561

P 2/4

NO. 10-CI-00435

BOYD CIRCUIT COURT
DIVISION I

FILE
LINDA KAY
APR 2 3 20
BY

MIDLAND FUNDING LLC

PLAINTIFF

VS.

DEFENDANT(S)

ERIC B HAYES
2132 CARTER AVE
ASHLAND KY 41101

## COMPLAINT
*** *** *** *** ***

Comes the Plaintiff, the Creditor herein, by Counsel, and for its complaint, states as follows:

1.    That the account of ERIC B HAYES is in default.

2.    Said account is due and payable to MIDLAND FUNDING LLC , having acquired the
account through sale, assignment or other legal means.

3.    The original creditor is DIRECT MERCHANTS.

4.    The Defendant(s) owes Plaintiff $13,164.34, with interest thereon at the rate of 8% per
annum from June 30, 2004 until date of judgment with 12% per annum thereafter until paid , plus
court costs.

WHEREFORE, Plaintiff demands judgment against the Defendant(s) for the sums, plus
interest, set forth above and court costs.

MORGAN & POTTINGER, P.S.C.

Molly Rose, KBA #88751
Kathryn H. Hogan, KBA #83078
Julia M. Pike, KBA #81296
*Counsel for Plaintiff*
204 East Market Street
Louisville, KY 40202
502-560-6700
888-281-3490

09Y26598 - pckdbx.frm

2015-01-29  07:48          BRENDAS          6063259544 >> +15024736561                                    P 3/4

State of KENTUCKY

MIDLAND FUNDING LLC,

Plaintiff

-vs-                                               AFFIDAVIT OF SUSAN RASMUSSEN

Eric B Hayes,

Defendant(s).

---

Susan Rasmussen, whose business address is 16 McLeland Rd Suite101, St. Cloud, MN 56303, certifies and says:

1.     I am employed as a Legal Specialist and have access to pertinent account records for Midland Credit Management, Inc. ("MCM"), servicer of this account on behalf of plaintiff. I am a competent person over eighteen years of age, and make the statements herein based upon personal knowledge of those account records maintained on plaintiff's behalf. Plaintiff is the current owner of, and/or successor to, the obligation sued upon, and was assigned all the rights, title and interest to defendant's DIRECT MERCHANTS account 5458004509068944 (MCM Number 8527992948) (hereinafter "the account"). I have access to and have reviewed the records pertaining to the account and am authorized to make this affidavit on plaintiff's behalf.

2.     I am familiar with the manner and method by which MCM creates and maintains its business records pertaining to this account. The records are kept in the regular course of business. It was in the regular course of business for a person with knowledge of the act or event recorded to make the record or data compilation, or for a person with knowledge to transmit information thereof to be included in such record. In the regular course of business, the record or compilation is made at or near the time of the act or event. The relevant financial information concerning the account includes the following:

---

AFFIDAVIT OF SUSAN RASMUSSEN - 1









3.      The account shows that the defendant(s) owed a balance of $13164.34; and I am
advised that such balance will continue to accrue interest at the rate set forth in the
cardholder agreement/original contract and/or as required by law.

      I certify under penalty of perjury that the foregoing statements are true and correct to
the best of my knowledge.

      MAR 0 4 2010
      _____          
      Date                                    Susan Rasmussen

STATE OF MINNESOTA

COUNTY OF STEARNS

Signed and sworn to (or affirmed) before me on  **MAR 0 4 2010**  _____ by Susan Rasmussen.

(Seal)                                    _____
                                          Notary Public

                                          My commission expires:_____

ELIZABETH ANN RANDALL
Notary Public-Minnesota
My Commission Expires Jan. 31, 2016

KY128
Morgan & Pottinger, P.S.C.

---

AFFIDAVIT OF SUSAN RASMUSSEN - 2


8527992948


AFFRECORD


09Y2659B

# BOYD County

## Random Judge Assignment Report

**Court:** District Court

**Requestor:** MAYD    **Reference/Case Number:** 13-C-784

**This Case has been Assigned to:** 1 **Division**

Judge Scott Reese    732005

**Control Date/Time:** 12/20/2013  12:33:47PM

**Date Printed:** 12/20/2013    **Time Printed:** 12:33:47PM    **Page:** 1

Commonwealth of Kentucky
Boyd County
Linda Kay Baker
Circuit Court Clerk

Receipt Number: 02-0054742-A
DATE: 12/20/2013
TIME: 12:47 PM

*** (O) DISTRICT CIVIL FILING $501-$5000 ***

CASE NO: 13-C-00784

RECEIVED FROM: JAMES R. MCKENZIE
ACCOUNT OF: HAYES VS. MIDLAND FUNDING

| | | |
|---|---|---|
| 1. | Civil Filing Fee (Q) | 55.00 |
| 2. | ATJ Fee (1) | 10.00 |
| 3. | Court Technology MCFO(K(CT)) | 5.00 |
| 4. | Court Facilities Fee (I) | 10.00 |
| 5. | Library Fee (L) | 3.00 |
| 6. | Att Tax Fee MCFO(K(Q)) | 2.50 |
| 7. | Postage/Cert. Mail MCFO(K(H)) | 11.52 |

TOTAL: $97.02

CHECK: $97.02

***DIFF: 0.00

*** Check Number: 1097

Prepared By: D. May
** MCFO=Money Collected for Others

Com

Receipt Number: 0
DATE: 12/20/2013
TIME: 12:47 PM

*** (O) DISTRICT C

CASE NO: 13-C-00

RECEIVED FROM
ACCOUNT OF: H

1. Civil Filing F
2. ATJ Fee (1)
3. Court Techno
4. Court Faciliti
5. Library Fee (
6. Att Tax Fee N
7. Postage/Cert.

*** Check N

Prepared By: D. Ma
** MCFO=Money Collec

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Midland Funding, LLC
c/o CSC-Lawyers Inc. Service Co.
421 W. Main St.
Frankfort, KY 40601

Hayes v. Midland Funding, LLC
13-C-00784

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)          C. De
DEC 3

D. Is delivery address different from item 1?
If YES, enter delivery address below:

LINDA KAY BAKER
JAN 03 2014
BOYD CIRCUIT/DISTRICT COURT
BY:                                    D.C.

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
   (Transfer from service label)     7013 1090 0001 3631 4302

PS Form 3811, February 2004          Domestic Return Receipt          102

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Midland Funding Serve
CSS-Lawyers Inc Service Co.
421 W Main St
Frankfort KY 40601

13 C-784

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)          C. D
DEC

D. Is delivery address different from item 1?
If YES, enter delivery address below:

LINDA KAY BAKER
FILED
DEC 30 2013
BOYD CIRCUIT/DISTRICT COUR
BY:                                    D.

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
   (Transfer from service label)     7013 2630 0000 6741 0493