IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| ERIC HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 0:14-cv-00010-HRW |
| | ) |
| MIDLAND FUNDING, LLC | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Midland Funding, LLC ("Midland"), by and through its undersigned counsel, and hereby informs the Court that a settlement of this matter has been reached as to all claims of plaintiff Eric Hayes ("Plaintiff") against Midland.

Midland, therefore, requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties thirty (30) days to file the necessary dismissal papers.

Respectfully submitted this 3rd day of February, 2014.

                                                 */s/ Reid S. Manley*
                                               Reid S. Manley (Kentucky Bar No. 90360)
                                               Burr & Forman LLP
                                               420 North 20th Street, Suite 3400
                                               Birmingham, Alabama 35203
                                               Telephone:  (205) 458-3000
                                               Facsimile:  (205) 458-5100
                                               rmanley@burr.com

                                               Attorney for Defendant
                                               MIDLAND FUNDING, LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document has been served on the following by Electronic Filing, and/or by U.S. First Class Mail, hand delivery, fax or email on this 3rd day of February, 2014:

James McKenzie
*James R. McKenzie Attorney, PLLC*
4055 Shelbyville Road, Suite B
Louisville, Kentucky 40207
Telephone: (502) 371-2179
Facsimile: (502) 257-7309
jmckenzie@jmckenzieatty.com

James H. Lawson
*Lawson at Law, PLLC*
4055 Shelbyville Road, Suite B
Louisville, Kentucky 40207
Telephone: (502) 473-6525
Facsimile: (502) 473-6561
james@kyclc.com

                                              */s/ Reid S. Manley*
                                              OF COUNSEL